JS-6

1  SAYRE & LEVITT, LLP
   Federico C. Sayre, Esq. (State Bar No. 67240)
2  Mahadhi Corzano, Esq. (State Bar No. 254905)
     333 Civic Center Drive West
3    Santa Ana, CA 92701-3452
     Telephone: (714) 550-9117
4    Fax: (714) 716-8445
     E-mail: sayreesq@sayrelevitt.com
5    E-mail: mcorzano@sayrelevitt.com
   *Attorneys for Plaintiff*
6  *Latanya Pope*

7  KAMALA D. HARRIS
   Attorney General of California
8  CELINE M. COOPER
   Supervising Deputy Attorney General
9  GARY S. BALEKJIAN
   Deputy Attorney General
10 State Bar No. 168652
     300 South Spring Street, Suite 1702
11   Los Angeles, CA  90013
     Telephone:  (213) 897-2558
12   Fax:  (213) 897-1071
     E-mail:  Gary.Balekjian@doj.ca.gov
13 *Attorneys for Defendants*
   *Metropolitan State Hospital; State of California,*
14 *acting by and through the Department of State*
   *Hospitals*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LATANYA POPE, an individual,** | Case No. CV 12-5113-GW(PJWx) |
| Plaintiff, | **ORDER OF DISMISSAL PURSUANT TO STIPULATION UNDER FEDERAL RULE OF CIVIL PROCEDURE, RULE 41 (a)(1)** |
| v. | |
| **METROPOLITAN STATE HOSPITAL, and DOES 1-100, inclusive,** | Courtroom: 10<br>Judge: The Honorable George H. Wu |
| Defendant. | |
| | Action Filed: 5/2/2012 |

1

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the
2  parties, through their respective counsel of record, having stipulated and agreed that
3  this action be and hereby is dismissed, WITH PREJUDICE, with EACH SIDE TO
4  BEAR ITS OWN COSTS AND FEES, IT IS SO ORDERED.

DATED:  October 21, 2013_____    _____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

LA2012603704
61115238.doc